

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/12/2022_

Ekroub@mizrahikroub.com
www.mizrahikroub.com

July 11, 2022

The Honorable Analisa Torres
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Chalas v. Forever B, LLC;* Case No. 1:22-cv-3953-AT

Dear Judge Torres:

    We represent plaintiff Ana Chalas ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment to submit an Initial Pretrial Scheduling Order in response to the Court's May 20, 2022 order. Plaintiff requests this adjournment because Defendant is still in the process of being served. This is Plaintiff's first request for such extension.

    Thank you for your consideration in this matter.

                        Respectfully submitted,
                        */s/ Edward Y. Kroub*
                        EDWARD Y. KROUB

cc:    All Counsel of Record (via ECF)

---

GRANTED. By **August 15, 2022**, the parties shall submit their joint letter and proposed case management plan. By **July 22, 2022**, Plaintiff shall update the Court on the status of service.

SO ORDERED.

Dated: July 12, 2022
       New York, New York

                                    ANALISA TORRES
                              United States District Judge